**FILED**

AUG - 5 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PREILIANO MAJIN-BARONA,<br><br>Defendant. | ) Criminal Case No. O8CR2570-JLS<br>)<br>) I N F O R M A T I O N<br>)<br>) Title 8, U.S.C., Sec. 1325 -<br>) Illegal Entry (Misdemeanor);<br>) Title 8, U.S.C., Sec. 1325 -<br>) Illegal Entry (Felony)<br>)<br>) |

The United States Attorney charges:

Count 1

On or about May 2, 2008, within the Southern District of California, defendant PREILIANO MAJIN-BARONA, being an alien, unlawfully entered or attempted to enter the United States at a time and place other than as designated by immigration officers, and eluded examination and inspection by immigration officers, and attempted to enter or obtained entry to the United States by a willfully false or misleading representation or the willful concealment of a material fact; in violation of Title 8, United States Code, Section 1325, a misdemeanor.

//

//

//

CEM:es:Imperial
7/18/08

1

<u>Count 2</u>

2    On or about July 6, 2008, within the Southern District of

3 California, defendant PREILIANO MAJIN-BARONA, being an alien,

4 unlawfully entered or attempted to enter the United States at a time

5 and place other than as designated by immigration officers, and eluded

6 examination and inspection by immigration officers, and attempted to

7 enter or obtained entry to the United States by a willfully false or

8 misleading representation or the willful concealment of a material

9 fact and previously committed the offense of illegal entry, as alleged

10 in Count 1; all in violation of Title 8, United States Code,

11 Section 1325, a felony.

12    DATED: _A0 6, 5, 2008_ .

13                                KAREN P. HEWITT
                                United States Attorney
14

15

16                                CALEB E. MASON
                                Assistant U.S. Attorney
17

18

19

20

21

22

23

24

25

26

27

28